Judge Robart

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| The UNITED STATES of AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. CR06-356JLR |
| | ) | |
| v. | ) | |
| | ) | ORDER CONTINUING |
| VALERIE CHAN, | ) | PRE-TRIAL MOTIONS DUE DATE |
| JUE CHAN, | ) | AND TRIAL DATE |
| PHAT NGUYEN, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court on the United States of America's motion to continue the pre-trial motions due date and the trial date. Having considered the entirety of the record and files herein, having held a status conference with all parties and overruling any objections, the Court finds that a failure to grant a continuance would likely result in a miscarriage of justice due to the complexity of the case, the number of indicted defendants, the need for additional discovery consisting of both federal and Colorado state wiretap evidence, and the need for continuity of counsel and effective assistance of counsel. Thus, the Court further finds that a continuance of the pre-trial motions due date and the trial date will allow the government and the defendants necessary time to adequately prepare for trial.

The Court further finds that the interests of the public and the defendants in a speedy trial in this case are outweighed by the ends of justice.

ORDER CONTINUING TRIAL - Page 1
Valerie Chan, et al./CR06-356JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    IT IS NOW, THEREFORE, ORDERED that pre-trial motions due date is reset
2  to January 19, 2007, and with any responsive brief due two weeks thereafter.  The trial
3  is continued from November 21, 2006, to March 5, 2007.
4    This Court further ORDERS that the time between the date of this Order and the
5  new trial date be excluded under the Speedy Trial Act pursuant to Title 18, United
6  States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B(i), and 3161(h)(B)(ii).
7    Dated this 13th day **of November, 2006.**

JAMES L. ROBART
United States District Judge

Presented by:

JOHN McKAY
United States Attorney

s/ Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-2268, Fax: (206) 553-4440
E-mail: ye-ting.woo@usdoj.gov
Washington State Bar No. 21208

ORDER CONTINUING TRIAL -   Page 2
Valerie Chan, et al./CR06-356JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970